UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

JESSIE MCINTYRE,

        Plaintiff,

    v.

CITY OF ROCHESTER,
ROCHESTER POLICE DEPARTMENT,
ROCHESTER POLICE OFFICER JOEL HASPER,
ROCHESTER POLICE OFFICER JAMEL MATTOX,
ROCHESTER POLICE OFFICER CHIEF MICHAEL
CIMINELLI, and other unnamed officers,

        Defendants.

VOIR DIRE INFORMATION
Case No. 16-cv-6408

---

Description of the Case:

On December 23, 2015, at approximately 9:30 pm, plaintiff was standing in a front yard of a residence on Conkey Avenue within the City of Rochester when a RPD car containing defendants JOEL HASPER and JAMEL MATTOX stopped and then the officers rushed at plaintiff.

Plaintiff tried to flee the scene, and was pursued briefly through a backyard on foot by defendants JOEL HASPER and JAMEL MATTOX.

Plaintiff was apprehended on Avenue B. Before, during and after he was apprehended, he was "tazed" multiple times by JOEL HASPER and JAMEL MATTOX multiple times, without justification or provocation. He was also physically beaten by them and perhaps other members of the Rochester Police Department.

Once Plaintiff had been stopped from fleeing the scene, he made no attempt to struggle or escape from defendants JOEL HASPER and JAMEL MATTOX or otherwise resist defendants JOEL HASPER and JAMEL MATTOX attempt to place him in custody.

Name and address of Plaintiff's the attorney:

    Leland T. Williams, Esq.
    95 Allens Creek Road, Bldg. 1-107
    Rochester, New York 14618
    Telephone: (585) 292-1110
    lelandtwms@hotmail.com

Plaintiff's full name and address:

> Mr. JESSIE MCINTYRE, 06351-055
> Federal Correctional I at Fort Dix
> PO Box 2000
> Joint Base MDL, NJ 08640

Prospective Witnesses That May Be Called at Trial:

- JESSIE MCINTYRE, Plaintiff: Will testify about events and circumstances both before and after his being in custody by the Rochester Police Department, his arrest, and his being beaten, and "tased" by police officers while handcuffed and helpless;

- Tarmala G. Williams, Conkey Avenue, eyewitness to police approach and arrest of Plaintiff;

- Chase Ivery, 277 Conkey Avenue, student at School Without Walls, age 16, eyewitness to police approach and arrest of Plaintiff;

- Lashanti Ivery, 277 Conkey Avenue, mother of Chase Ivery, Plaintiff's girlfriend, took photos of Plaintiff on December 24, and will testify as to his physical condition following his arrest.

- Stephny Woods, 175 Mohawk Street, CNA, lived at 278 Conkey Avenue at time of incident; eyewitness to police approach, behaviors, and arrest of Plaintiff;

- Gregory P. Salmon, Esq., formerly employed by the City of Rochester Department of Law, met with Plaintiff in the Monroe County Jail, and offered a cash settlement to him on behalf of the City of Rochester;

- RPD Officer Joel Hasper, 185 Exchange Blvd, Rochester, NY 14614, 595-428-5990;;

- RPD Officer Jamel Mattox, 185 Exchange Blvd. Rochester, NY 14614, 595-428-5990;

All police witnesses will be examined or cross-examined on the facts and circumstances surrounding Plaintiff condition from the time of approach until his arrival at Rochester General Hospital.

Dated: August 27, 2018

*[signature: Leland T. Williams]*
Leland T. Williams, Esq.
Attorney for Plaintiff
95 Allens Creek Road, 1-107
Rochester, New York 14618
Telephone: (585) 292-1110
lelandtwms@hotmail.com

TO: Spencer L. Ash, Esq.
    Attorney for the Defendants
    City of Rochester, New York
    Law Department
    City Hall – Room 412A
    30 Church Street
    Rochester, New York 14614