COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JESSIE MCINTYRE,

Plaintiff,

VERDICT FORM

16-CV-6408L

v.

ROCHESTER CITY POLICE OFFICER JOEL HASPER and
ROCHESTER CITY POLICE OFFICER JAMEL MATTOX,

Defendants.

---

**1. Do you find, by a preponderance of the evidence, that defendant OFFICER JOEL HASPER subjected plaintiff to excessive force in violation of plaintiff's Fourth Amendment Constitutional rights on December 23, 2015?**

YES________ NO___X___

Proceed to Question 2.

2. **Do you find, by a preponderance of the evidence, that defendant OFFICER JAMEL MATTOX subjected plaintiff to excessive force in violation of plaintiff's Fourth Amendment Constitutional rights on December 23, 2015?**

YES________ NO___X____

If you answered "YES" to one or both of Questions 1 and 2, proceed to Question 3.

If you answered "NO" to both Question 1 and Question 2, do not answer any further questions. Sign and date the bottom of this form and inform the Court that you have reached a unanimous verdict.

3. **What amount, if any, in compensatory damages do you find will fairly and adequately compensate plaintiff for the damages, if any, that were proximately caused by defendant(s) in violation of his Fourth Amendment Constitutional rights?**

$_______________

Proceed to Question 4.

**4. <u>Punitive Damages</u>**

**As to each defendant who you found to have violated the Constitutional rights of the plaintiff (that is, as to each defendant for whom you answered "YES" in Questions 1 and/or 2), you may, in your discretion, make an award of punitive damages. If you wish to make such an award, please enter it below.**

**A. OFFICER JOEL HASPER:** $________________

**B. OFFICER JAMEL MATTOX:** $________________

Please sign and date the verdict form and inform the Judge that you have arrived at a unanimous verdict.

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE AND TO CONSTITUTE THE VERDICT OF ALL 8 JURORS.

[signature]
FOREPERSON

Dated: Rochester, New York
September 13, 2018